UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.    08 CR 401-15 |
| | ) | Hon. Martin C. Ashman |
| CLIFTON HARALSON | ) | U.S. Magistrate Judge |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that defendant CLIFTON HARALSON, has been and now is, in due form and process of law, incarcerated in the following institution:

Illinois Department of Corrections (Inmate No. R59838)
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, Il 62274

Your petitioner further represents unto Your Honor that the said defendant has been charged by criminal complaint in the captioned cause in the Eastern Division of the Northern District of Illinois, with violations of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2, and that he is now wanted in said division and district at 9:45 a.m. on June 23, 2008, for an initial appearance before the Honorable Martin C. Ashman, United States Magistrate Judge.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

TO:    UNITED STATES MARSHAL                WARDEN – Illinois
Northern District of Illinois                      Department of Corrections
Chicago, Illinois                                        Pinckneyville Correctional Center
                                                                    5835 State Route 154
                                                                    Pinckneyville, Il 62274

commanding said persons to produce the body of the said defendant before the United States District Court for the Northern District of Illinois, Eastern Division, at said time and on said date, and that

when the said defendant is so produced pursuant to said Writ, that he be remanded to the custody of the United States Marshal until all proceedings in this case have been concluded.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/Sharon R. Fairley
SHARON R. FAIRLEY
Assistant United States Attorney
219 S. Dearborn, Third Floor
Chicago, Illinois 60604
(312) 353-0951

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.    08 CR 401-15 |
| | ) | Hon. Martin C. Ashman |
| CLIFTON HARALSON | ) | U.S. Magistrate Judge |

## <u>ORDER</u>

On reading the petition in this behalf presented by the United States Attorney for the Northern District of Illinois, and it appearing to the Court that defendant CLIFTON HARALSON has been and now is, in due form and process of law, incarcerated in the following institution:

Illinois Department of Corrections (Inmate No. R59838)
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

and that said defendant is charged by criminal complaint in the captioned cause with violations of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2, and that said defendant should appear in this cause in the United States District Court at Chicago, Illinois at 9:45 a.m., on June 23, 2008, for an initial appearance.

IT IS THEREFORE ORDERED that the United States Marshal, Northern District of Illinois, Chicago, Illinois, and the Illinois Department of Corrections, Pinckneyville Correctional Center, 5835 State Route 154, Pinckneyville, Illinois, bring and cause to be brought before this Court, at said time on said date, in the United States Court House, at Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
JUDGE MARTIN C. ASHMAN

DATED at Chicago, Illinois this
_____ day of _____, 2008.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.    08 CR 401-15 |
| | ) | Hon. Martin C. Ashman |
| CLIFTON HARALSON | ) | U.S. Magistrate Judge |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   UNITED STATES MARSHAL                    WARDEN – Illinois
      Northern District of Illinois                Department of Corrections
      Chicago, Illinois                            Pinckneyville Correctional Center
                                                   5835 State Route 154
                                                   Pinckneyville, IL 62274

WE COMMAND YOU that you do, at 9:45 a.m. on June 23, 2008, bring or cause to be

brought before the Honorable Martin C. Ashman, United States Magistrate Judge, United States

District Court for the Northern District of Illinois, Eastern Division, in the United States Court

House, Chicago, Illinois, the body of CLIFTON HARALSON, who has been and now is, in due form

and process of law, incarcerated in the following institution:

Illinois Department of Corrections (Inmate No. R59838)
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

and who is charged by criminal complaint as a defendant in the captioned cause with violations of

Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2, and is wanted

for an initial appearance.

FURTHER, that at the termination of all proceedings in this case before said Court, that you

return said defendant to said institution under safe and secure conduct.

AND HAVE YOU THEN AND THERE THIS WRIT.

To the Marshal of the Northern District of Illinois to execute.

WITNESS:    The Honorable Martin C. Ashman
Magistrate Judge
United States District Court for the Northern
District of Illinois, Eastern
Division, this _____ day of
_____, 2008.


_____
CLERK


_____
DEPUTY