# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 15 | **DATE** | 6/9/2008 |
| **CASE TITLE** | USA vs. Clifton Haralson | | |

**DOCKET ENTRY TEXT**

Enter order. It is hereby ordered that the United States Marshal, Northern District of Illinois, Chicago, Illinois, and the Illinois Department of Corrections, Pinckneyville Correctional Center, 5835 State Route 154, Pinckneyville, Illinois, bring and cause to be brought before this court, on 6/23/2008 at 9:45 a.m., in the United States Court House, at Chicago, Illinois, the body of the said defendant, and that a writ of habeas corpus ad prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

■ [ For further detail see separate order(s).]　　　　　　　　　　　　　　Docketing to mail notices.



FILED
2008 JUN -9 PM 4: 37
CLERK
U.S. DISTRICT COURT

Writs Issued
JUN 1 0 2008

| | Courtroom Deputy Initials: | IS |
|---|---|---|