UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.   08 CR 401-15 |
| ) | Hon. Martin C. Ashman |
| CLIFTON HARALSON ) | U.S. Magistrate Judge |

### ORDER

On reading the petition in this behalf presented by the United States Attorney for the Northern District of Illinois, and it appearing to the Court that defendant CLIFTON HARALSON has been and now is, in due form and process of law, incarcerated in the following institution:

> Illinois Department of Corrections (Inmate No. R59838)
> Pinckneyville Correctional Center
> 5835 State Route 154
> Pinckneyville, IL 62274

and that said defendant is charged by criminal complaint in the captioned cause with violations of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2, and that said defendant should appear in this cause in the United States District Court at Chicago, Illinois at 9:45 a.m., on June 23, 2008, for an initial appearance.

IT IS THEREFORE ORDERED that the United States Marshal, Northern District of Illinois, Chicago, Illinois, and the Illinois Department of Corrections, Pinckneyville Correctional Center, 5835 State Route 154, Pinckneyville, Illinois, bring and cause to be brought before this Court, at said time on said date, in the United States Court House, at Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
JUDGE MARTIN C. ASHMAN

DATED at Chicago, Illinois this
9th day of June, 2008.