UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 401-15 |
| v. | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| CLIFTON HARALSON | ) | |
| | ) | |

**MOTION OF THE UNITED STATES
TO DISMISS THE COMPLAINT AGAINST DEFENDANT
CLIFTON HARALSON WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court to dismiss the Complaint in this action without prejudice as to defendant CLIFTON HARALSON.

A draft order is attached.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ Sharon R. Fairley
SHARON R. FAIRLEY
Stephen A. Kubiatowski
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-0951

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 401-15 |
| v. | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| CLIFTON HARALSON | ) | |
| | ) | |

**ORDER**

The United States having moved the Court to dismiss the Complaint against CLIFTON HARALSON without prejudice;

IT IS HEREBY ORDERED THAT: The Complaint against defendant CLIFTON HARALSON is hereby DISMISSED, without prejudice.

ENTER:

_____
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE

_____
DATE