Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 401 - 15 | DATE | 6/23/2008 |
| CASE TITLE | USA vs. Clifton Haralson | | |

**DOCKET ENTRY TEXT**

Enter order. Government's motion to dismiss the complaint against defendant Clifton Haralson without prejudice [196] is granted. It is hereby ordered that the complaint against defendant Clifton Haralson is hereby dismissed, without prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 23 PM 3:19
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|