UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 401-15 |
| v. ) | Magistrate Judge Martin C. Ashman |
| ) | |
| CLIFTON HARALSON ) | |

### ORDER

The United States having moved the Court to dismiss the Complaint against CLIFTON HARALSON without prejudice;

IT IS HEREBY ORDERED THAT: The Complaint against defendant CLIFTON HARALSON is hereby DISMISSED, without prejudice.

ENTER:

_____
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE

JUN 23 2008
DATE